# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

**DEBBIE COFFEY**,

         Plaintiff,

         v.

**UNITED STATES BUREAU OF LAND MANAGEMENT**,

         Defendant.

Civil Action No. 16-cv-564 (CRC) (DAR)

## ORDER

Upon careful consideration of the record in this case and the Magistrate Judge's Report and Recommendation filed August 31, 2018, and hearing no objections from the Plaintiff within the extended timeframe for filing objections, the Court hereby ADOPTS the Report of the Magistrate Judge and ACCEPTS her Recommendation. Accordingly, it is hereby

**ORDERED** that [19] Plaintiff's Motion for Award of Reasonable Attorneys' Fees and Costs be **DENIED**.

**SO ORDERED.**

Date: October 1, 2018

 

CHRISTOPHER R. COOPER
United States District Judge